**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-30326
Summary Calendar

SANDRA TUCKER AND WILLIAM TUCKER,

Plaintiffs-Appellants,

VERSUS

DICK FLICK, INC.,

Defendants.

DICK FLICK INC., doing business as Banner Chevrolet, a Delaware Corporation; UNIDENTIFIED PARTY; GENERAL MOTORS CORPORATION, Incorrectly referred to as Chevrolet Motor Division,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana

(95-CV-623-N)

August 29, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Sandra and William Tucker appeal from the summary judgment entered in favor of defendants by the district court.  The Tuckers

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

argue that the district court erred in finding that they failed to establish a genuine issue of material fact as to the existence of a defect in plaintiffs' vehicle, an unreasonably dangerous condition, or of an alternative design as required by Louisiana product liability law and in failing to consider causation. We have reviewed the record and find no reversible error. Accordingly, we AFFIRM for essentially the reasons stated by the district court. *See Tucker v. Dick Flick, Inc.*, No 95-623, Section N (E.D. La. March 20, 1996.)

AFFIRMED.